IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| CLEVELAND DUNN, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 1:19-CV-00093 (WLS-ALS) |
| | : | |
| TIMOTHY WARD, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

**ORDER**

Before the Court is Plaintiff's Counsel's Motion to Withdraw (Doc. 148), filed on June 27, 2025. Therein, Attorney Hall moves the Court for permission to withdraw as counsel of record for Plaintiff Cleveland Dunn. Attorney Hall states that the requested withdrawal is due to a recent change in employment, and that she notified Plaintiff Dunn of her intent to withdraw via email.

Local Rule 83.1.4 sets forth the procedure for attorney withdrawal in this Court. Specifically, the Rule provides that "[i]f withdrawal would leave the client unrepresented, then the attorney . . . shall submit a written motion[.] Such motion shall state that the attorney has given due written notice to his client respecting such intention to withdraw fourteen (14) days . . . prior to submitting the request to the court and/or that such withdrawal is with the client's consent." M.D. Ga. L.R. 83.1.4. The Rule also prescribes the contents of such written notice to be served on the client and provides the client with fourteen (14) days in which to object to the withdrawal. *Id.*

While Attorney Hall indicates that she notified Plaintiff of her intent to withdraw, the Motion does not state whether she served Plaintiff with the written notice required by Rule 83.1.4. Thus, the Court will allow Counsel additional time to comply with the requirements of Rule 83.1.4. Accordingly, Counsel shall supplement her Motion to Withdraw **within forty-**

2

**five (45) days** of the entry of this Order to show full compliance with the requirements of the Local Rules.

**SO ORDERED,** this 8th day of August 2025.

<u>/s/ W. Louis Sands</u>
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**
