**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | | |
|---|---|---|
| CLEVELAND DUNN, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 1:19-CV-00093 (WLS-ALS) |
| | : | |
| TIMOTHY WARD, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

## ORDER

Before the Court is the Parties' Joint Motion for Referral for Judicial Mediation (Doc. 156) ("Motion"). Therein, the Parties notify the Court that Counsel for the Parties have conferred and agree that it may be productive to conduct a judicially sponsored mediation, if available, to explore case resolution and, if not possible, to potentially narrow the remaining issues. They request the mediation take place in the Macon Division. Generally judicial mediation in this District is conducted by the United States Magistrate Judge in the Division where the case is pending—here the Albany Division. The Court sees no valid reason requiring that such practice should be altered in this case.

Accordingly, the Motion (Doc. 156) is **GRANTED** and subject to United States Magistrate Judge Alfreda L. Sheppard's availability, the Court hereby refers the above-styled case for mediation with Judge Sheppard, or to such other United States Magistrate Judge in this District if Judge Sheppard declines or defers, subject also to such other Magistrate Judge's availability and willingness to conduct such mediation.

The Parties are hereby **ORDERED** to promptly confer and schedule a mediation session with Judge Sheppard, or such other Middle District Magistrate Judge who is available and willing to conduct such mediation. On or before **Monday, February 9, 2026**, that Parties shall notify the Court as to who will be conducting the mediation, and if known, the date and location of the mediation. The Parties are instructed to mediate in good faith and promptly communicate to the Court the results of the mediation. An executive, officer, representative,

1

2

agent, or individual with final decision making authority for each party shall be present at and available to participate in the mediation.

**SO ORDERED,** this 2nd day of February 2026.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**