UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| CLEVELAND DUNN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 1:19-cv-93-WLS-ALS |
| TIMOTHY WARD, *et al.*, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1), Plaintiff Cleveland Dunn, and Defendants Dwayne

Ayers, James Barron, Lynn Bill, Laura Fiveash, Benjamin Ford, Sharon Lewis, Billy Nichols,

Randy Sauls, Mack Stevens, Timothy Ward, and Tiffany Whatley, through counsel, stipulate that

the above-styled action, and all claims asserted or that could have been asserted therein, be

dismissed with prejudice.  The parties shall bear their own costs.

Respectfully submitted,

/s/Howard Walton Andereson III
Howard Walton Anderson
(Ga. Bar No. 606386)
P.O. Box 661,
Pendleton, SC 29670
864-643-5790
howard@hwalawfirm.com

*Counsel for Plaintiff*

- 1 -

Christopher M. Carr       112505
Attorney General

Loretta Pinkston-Pope      580385
Deputy Attorney General

Roger A. Chalmers       118720
Senior Assistant Attorney General

s/ Brian E. Goldberg (by permission)
Brian E. Goldberg        417635
Assistant Attorney General

State Law Department
40 Capitol Square SW
Atlanta, GA 30334
Tel: (404) 458-3555
Fax: (404) 651-5304
Email: bgoldberg@law.ga.gov

*Counsel for Defendants*

SO ORDERED this __18th__ day
of __June__, 2026

W. Louis Sands, Sr. Judge
United States District Court

- 2 -