IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

CLEVELAND DUNN,                          *

              Plaintiff,                 *

v.                                            Case No.  1:19-CV-93-WLS-ALS

                             *

TIMOTHY WARD, et al.,

                             *

              Defendants.              *

_____          *

## **J U D G M E N T**

Pursuant to this Court's Order dated June 18, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case.

This 18th day of June, 2026.

                        David W. Bunt, Clerk

                        s/ Michelle Paschal, Deputy Clerk